758 A.2d 152

IN THE MATTER OF E. LORRAINE HARRIS, A/K/A ETTA
LORRAINE HARRIS, AN ATTORNEY AT LAW.

September 8, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 98–296, concluding that **E. LORRAINE HAR-**

RIS, a/k/a **ETTA LORRAINE HARRIS**, of **GIBBSTOWN**, who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 1.5(b) (failure to provide in writing the basis or rate of a fee) and *RPC* 1.5(c) (failure to provide a written contingency fee agreement), and good cause appearing;

It is ORDERED that **E. LORRAINE HARRIS, a/k/a ETTA LORRAINE HARRIS**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.